MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff
Villa Vecchio Court Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VILLA VECCHIO COURT TRUST | CASE NO.: 2:25-CV-00587-JCM-EJY |
| Plaintiff, | |
| vs. | |
| QUALITY LOAN SERVICE CORPORATION; and WELLS FARGO BANK, N.A. | |
| Defendants | |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS STIPULATED AND AGREED by and between Plaintiff, Villa Vecchio Court Trust, by and through it's attorney, Michael F. Bohn, Esq. and defendant Wells Fargo Bank, N.A., by and through it's attorney Jennifer Lustig, Esq. of Snell &Wilmer as follows:

1. This case shall be dismissed, with prejudice, with each party to bear their own attorneys fees and costs;

/ / /

/ / /

/ / /

1

2. The security posted by the plaintiff with the Eighth Judicial District Court on March 20, 2025 in the sum of $2,500.00 shall be returned to the Law Offices of Michael F. Bohn, Esq.

DATED this 1st day of May, 2025

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | SNELL & WILMER |
|---|---|
| By: /s/ /Michael F. Bohn, Esq. /<br>   Michael F. Bohn, Esq.<br>   2260 Corporate Circle # 480,<br>   Henderson, Nevada, 89074<br>Attorney for plaintiff | By: /s/ /Jennifer B. Lustig, Esq./<br>   Jennifer B. Lustig, Esq.<br>   1700 South Pavilion Center Drive<br>   Las Vegas, NV 89135<br>   Attorney for defendant Wells Fargo Bank, N.A. |

IT IS SO ORDERED  May 2, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /S/ /Michael F. Bohn, Esq./
   Michael F. Bohn, Esq.
   2260 Corporate Circle, Suite 480
   Henderson, Nevada 89074
   Attorney for plaintiff

2